UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
IN RE: WORLD TRADE CENTER LOWER       :
MANHATTAN DISASTER SITE LITIGATION    :
:
-----------------------------------------------------------X
:
THIS DOCUMENT APPLIES TO ALL CASES    :
IN THE WORLD TRADE CENTER LOWER       :
MANHATTAN DISASTER SITE LITIGATION    :
IN WHICH MSDW 140 BROADWAY            :
PROPERTY, L.L.C. AND SYMS CORP ARE    :
DEFENDANTS                            :
-----------------------------------------------------------X

21 MC 102 (AKH)

**ORDER**

Hon. Alvin K. Hellerstein

**THIS MATTER** comes before me upon motion of the Defendants MSDW 140

Broadway Property, L.L.C. and SYMS Corp to permit Anita B. Weinstein, Esquire, a member in

good standing of the Bar of the Commonwealth of Pennsylvania, and the United States District

Courts for the Eastern, Middle and Western Districts of Pennsylvania and the Third and Sixth

Circuits, to appear and conduct proceedings in the above-entitled case *pro hac vice.*

SAID MOTION, having duly come to be heard before this court on the _____ day of

_____, 2007, at the United States District Court for the Southern District of New York,

and, at the aforesaid time and place, the Defendants having duly appeared by and through their

counsel, Cozen O'Connor, in support of said Motion, and there being no opposition to the

aforesaid Motion, and the parties having agreed and consented to an Order in the case,

NOW, upon the Motion to Admit Counsel *Pro Hac Vice* dated August 15, 2007, the

Affidavit of Anita B. Weinstein, Esquire, sworn to on August 15, 2007, the Affirmation of James

F. Desmond, Jr., Esquire dated August 15, 2007, and upon all the pleadings and proceedings

heretofore had herein and due deliberation having been and hereon, it is hereby,

6

ORDERED that the Defendant's motion to have Anita B. Weinstein, Esquire admitted to practice law in the United States District Court for the Southern District of New York *pro hac vice* in connection with the above-captioned case is GRANTED.  Counsel is directed to immediately apply for an ECF password at www.nysd.uscourts.gov and shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: 9/5/07

_____
U.S.D.J.