Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER                               :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                           :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------X
LEONEL SANMARTIN (AND WIFE, ANA                              :  07-CV-4514-AKH
ROSA),                                                       :
                                                             :
                                        Plaintiffs,          :  **NOTICE OF ADOPTION**
                                                             :  **OF ANSWER**
            - against -                                      :  **TO MASTER COMPLAINT**
                                                             :  **BY MERRILL LYNCH**
ALAN KASMAN DBA KASCO, *et al.*,                             :
                                                             :  **ELECTRONICALLY FILED**
                                        Defendants.          :
-------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill

Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action,

hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was

filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21

MC 102 (AKH).

DOCSNY-266932v01

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York  
       September 14, 2007

DICKSTEIN SHAPIRO LLP

/s/ Judith R. Cohen_____  
By:  Robert J. Higgins (RH-6477)  
      Judith R. Cohen (JC-8614)  
      Kenneth H. Frenchman (KF-3635)  
      1177 Avenue of the Americas  
      New York, New York 10036  
      Phone: (212) 277-6500  
      Fax: (212) 277-6501  
      *Attorneys for Defendant*  
      MERRILL LYNCH & CO., INC.