UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x

LEONEL SANMARTIN AND ANA ROSA,                    Case No.: 07 CV 4514

           Plaintiffs,

    -against-

ALAN KASMAN DBA KASCO, ANN TAYLOR              ANSWER
STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES , LP,
BROOKFIELD PARTNERS, LP
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS,
INC., ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONMENTAL
GROUP, LLC, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., MERRILL
LYNCH & CO., INC., NOMURA
HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES,
INC., TOSCORP INC., WESTON SOLUTIONS,
INC., WFP TOWER B CO., G.P. CORP., WFP
TOWER B HOLDING CO., LP, AND
WFP TOWER B. CO., L.P., ET AL.

           Defendants.
------------------------------------------------------------------------x

    PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc.

("Envirotech"), as and for their responses to the allegations set forth in the Complaint by

Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
         Heather L. Smar (4622)